NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**GENERAL ELECTRIC COMPANY** AND
**GE WIND ENERGY, LLC,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

v.

**THOMAS WILKINS,**
*Defendant/Counterclaimant-Appellee,*

AND

**MITSUBISHI HEAVY INDUSTRIES, LTD.** AND
**MITSUBISHI POWER SYSTEMS AMERICAS, INC.,**
*Counterclaimants-Appellees.*

_____

2013-1086

_____

Appeal from the United States District Court for the Eastern District of California in case no. 10-CV-0674, Judge Lawrence J. O'Neill.

-------------------------------------------------

**GENERAL ELECTRIC COMPANY** AND
**GE WIND ENERGY, LLC,**
*Plaintiffs/Counterclaim Defendants-Cross Appellants,*

v.

**THOMAS WILKINS,**
*Defendant/Counterclaimant-Appellant,*

AND

**MITSUBISHI HEAVY INDUSTRIES, LTD.** AND
**MITSUBISHI POWER SYSTEMS AMERICAS, INC.,**
*Counterclaimants-Appellants.*

————————————

2013-1169, -1170, -1171

————————————

Appeals from the United States District Court for the Eastern District of California in case no. 10-CV-0674, Judge Lawrence J. O'Neill.

————————————

**ON MOTION**

————————————

**O R D E R**

General Electric Company and GE Wind Energy, LLC move without opposition to withdraw its appeal no. 2013-1086, to reform the caption of the remaining appeals to designate Thomas Wilkins, Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc. as appellants and General Electric Company and GE Wind Energy, LLC as cross appellants. General Electric Company also moves to set a new briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2013-1086 is granted. 2013-1086 is dismissed.

(2) The motion to reform the official caption is granted. The revised official caption in 2013-1169, -1170, -1171 is reflected above.

3                 GENERAL ELECTRIC COMPANY V. THOMAS WILKINS

(3)  The motion to set the briefing schedule is granted. Thomas Wilikins, Mitsubishi Heavy Industries, Ltd. and Mitsubishi Power Systems Americas, Inc.'s opening briefs are due within 60 days of the date of filing of this order.

(4)  Each side shall bear its own costs in 2013-1086.

FOR THE COURT


 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21

Issued As A Mandate (As To 2013-1086 Only):
February 11, 2013